**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-6928**

———————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MARK JASON PARRIS,

        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.   James P. Jones, District Judge.  (1:06-cr-00022-JPJ-PMS-1)

———————

Submitted:  August 27, 2015      Decided:  September 1, 2015

———————

Before GREGORY, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Jason Parris, Appellant Pro Se.  Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia; Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Jason Parris appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Parris, No. 1:06-cr-00022-JPJ-PMS-1 (W.D. Va. June 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED